UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LANDRY BATTLEY SR., ET AL

VERSUS

HARCROS CHEMICALS, INC.

CIVIL ACTION

NO. 09-08-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Motion to Remand[1] filed by plaintiffs, Landry Battley, Sr., and Wanda E. Battley, shall be GRANTED and that this matter shall be REMANDED to the Eighteenth Judicial District Court, Parish of Iberville, State of Louisiana, for further proceedings.

IT IS FURTHER ORDERED that plaintiffs' request for an award of the attorneys' fees and costs that they incurred in bringing this motion shall be DENIED.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 29, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 5.

Doc#45979